EAST RIVER SAVINGS BANK, Respondent, v. EPHRAIM SAMUELS and Others, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse judgment in so far as it holds appellants individually liable for a deficiency judgment.

EIGHTH AVENUE COACH CORPORATION, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See 170 Misc. 243.]

JOSEPH T. McCARTHY, Appellant, v. THE CITY OF NEW YORK and Others, Respondents, and EIGHTH AVENUE COACH CORPORATION and NEW YORK CITY OMNIBUS CORPORATION, Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See 170 Misc. 243.]

IRVING F. MARSHALL CORPORATION, a Corporation, and ALBERT H. BECK, Respondents, v. AMEREX HOLDING CORPORATION, a Corporation, Defendant, Impleaded with THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, a National Banking Association, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

UNITED STATES OF AMERICA, for the Use of RODERICK BEGG, Doing Business under the Firm Name and Style of BEGG, BEGG & BEGG, Appellant, v. CHARLES J. LANE, as Trustee of J. B. PRESTON CO., INC., in Reorganization under Sec. 77-B of the National Bankruptcy Act, and THE ÆTNA CASUALTY AND SURETY COMPANY, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JAMES DUNNE, Respondent, v. BEATRICE DUNNE, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with leave to the defendant-appellant to answer within twenty days after service of order. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JOSEPH JOHNSON, Petitioner, for an Order against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

DAVID GLICKMAN, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

DORE SUNDLAND, Respondent, v. THE KORFUND COMPANY, INC., Appellant, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

NATIONAL CAN CORPORATION, Appellant, v. UPPER LUBRICATION OIL CO. OF AMERICA, INC., Defendant, Impleaded with THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.